## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARCELL BELL** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil No. JKS 07-1710** |
| | **:** | |
| **FAIR COLLECTIONS &** | **:** | |
| **OUTSOURCING, INC., et al.** | **:** | |

## ORDER

For the reasons stated in the Memorandum Opinion filed today, it is this 27th  day of

June, 2008, ORDERED that

  1.  Summary judgment is granted to Defendant Mid Atlantic as to Counts I and IV of the Complaint, and

  2.  Summary judgment is granted to Defendants Mid Atlantic and FCO as to Counts II, III and V, of the Complaint.

  3.  The clerk is directed to CLOSE this case.

              /S/
            JILLYN K. SCHULZE
          United States Magistrate Judge