**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| MARCEL BELL | * | |
| Plaintiff | * | |
| v. | * | Case Number: RWT 07 CV 1710 |
| FAIR COLLECTIONS & OUTSOURCING, INC., et al | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiff, MARCEL BELL, with respect to the above-captioned action, hereby appeals the Order dated June 27th, 2008 with the attached Memorandum Opinion dated June 27th, 2008, attached hereto, to the United States Court of Appeals for the Fourth Circuit of Virginia.

Dated: July 25th, 2008

                                          Respectfully Submitted,

                                          MARCEL BELL

                                          By Counsel:

                                          <u>/s/ Christopher R. Wampler</u>
                                          Christopher R. Wampler
                                          Bar # 05461
                                          Attorney for Plaintiff Marcel Bell
                                          Wampler, Souder & Sessing, L.L.C.
                                          One Central Plaza
                                          11300 Rockville Pike, Suite 610
                                          Rockville, MD 20852
                                          Phone: (301) 881-8895
                                          Fax: (301) 881-8896
                                          Email: cwampler@wssfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2008, I will electronically file the foregoing Notice of Appeal using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Matthew M. Moore, Esquire
    Shulman, Rogers, Gandal, Pordy, & Ecker, P.A.
    11921 Rockville Pike, Third Floor
    Rockville, MD 20852-2743
    mmoore@srgpe.com

    James M. Connolly, Esquire
    Kramer & Connolly
    500 Redland Court, Suite 211
    Owings Mills, Maryland 21117
    jmc@kramerslaw.com

    /s/ Christopher R. Wampler_____
    Christopher R. Wampler
    Bar # 05461
    Attorney for Plaintiff Marcel Bell
    Wampler, Souder & Sessing, L.L.C.
    One Central Plaza
    11300 Rockville Pike, Suite 610
    Rockville, MD 20852
    Phone: (301) 881-8895
    Fax: (301) 881-8896
    Email: cwampler@wssfirm.com